**UNITED STATES of America,
Appellee,**

v.

**Jason Lee HARRIS, Appellant.**

**No. 11–3839.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 30, 2012.

Filed: May 3, 2012.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Jalilah Otto, Spec. Asst. U.S. Atty., Charles E. Ambrose, Jr., Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jason Lee Harris appeals the sentence imposed after remand for resentencing on a single felon-in-possession conviction. *See* 18 U.S.C. §§ 922(g) and 924(a)(2); *United States v. Harris*, 444 Fed.Appx. 110, 112 (8th Cir.2011) (unpublished per curiam). On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is excessive.

1. The Honorable Greg Kays, United States District Judge for the Western District of Mis-

At resentencing the district court[1] vacated the sentences on two counts of conviction (involving simultaneous possession of a handgun and ammunition), merged the two counts into one, and imposed for the single count the same sentence of 112 months in prison and 3 years of supervised release, but imposed a special assessment of only $100. We find that the district court did not abuse its discretion in sentencing Harris, as the court did not commit any procedural error, and the within-Guidelines-range sentence was substantively reasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review).

Having found no nonfrivolous issues upon review of the resentencing portion of the record, *see Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm. We also grant counsel's motion to withdraw.